Jeffery A. Briggs, Esq.
Law Offices of Jeffery A. Briggs
California State Bar No. 211227
175  East Plumb Lane, Suite 107
Reno, NV 89502
(775) 786-155
(775) 786-5228 (fax)
Attorney for Plaintiffs, DORA ROBINSON AND TED ROBINSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA ROBINSON AND TED ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>PETER M. ARRANTS d/b/a "LE  VINING CHEVRON" and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:08-CV-02010-JAM-KJM<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

Plaintiffs DORA ROBINSON AND TED ROBINSON and Defendant PETER M. ARRANTS, by and through their respective attorneys of record, hereby stipulate as follows:

1.    Plaintiffs and Defendant agre  to the dismissal of al  Defendants with prejudice, each party to bear his, her or its own attorneys fees and costs and respectfully request that the entire case be dismissed with prejudice.

//

//

//

//

PDF created with pdfFactory trial version www.pdffactory.com

1

2. Accordingly, the Parties jointly request the Court to dismis al parties from this action and that the entire case be dismissed with prejudice.

IT IS SO STIPULATED.

Dated:   December 4, 2008                              /s/
JEFFERY A. BRIGGS, Attorney for Plaintif

BERGER SILVERMAN & GEPHART

Dated:   December 4, 2008                              /s/
CLAUDIA SILVERMAN, Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: January 9, 2009                              /s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com